CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2010

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RAEBURN S. GRASTY, ) | |
|     Plaintiff, ) | Civil Action No.: 7:09cv00471 |
| ) | |
| v. ) | ORDER |
| ) | |
| THE CITY OF ROANOKE, et al., ) | By: Samuel G. Wilson |
|     Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that defendants' motion for summary judgment is **GRANTED** as to all claims **EXCEPT** as to the false arrest and malicious prosecution claims against Anderson, and the unlawful search claims against Hamilton.

**ENTER:** This 13th day of August 2010.

_____
UNITED STATES DISTRICT JUDGE